UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                                      Case No. 10-cr-119-02 SM

Kathy Vazquez

O R D E R

The defendant Kathy Vazquez, through counsel, has moved to continue the trial scheduled for December 7, 2010 for a period of sixty days, citing the need for additional time to investigate the facts of this case and to fully prepare her defense in anticipation of trial. The Government assents to the proposed continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from December 7, 2010 to February 15, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the

public and the defendant in a speedy trial. The defendant shall file a waiver of speedy trial not later than November 29, 2010.

    Final Pretrial Conference:    February 4, 2011 at 3:00 PM

    Jury Selection:    February 15, 2011 at 9:30 AM

    SO ORDERED.

November 18, 2011

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal