UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                       Case No. 10-cr-119-02 SM

<u>Kathy Vazquez</u>

<u>O R D E R</u>

The defendant Kathy Vazquez, through counsel, has moved to continue the trial scheduled for February 15, 2011 for a period of sixty days, citing that defendant has hired new counsel to represent her and needs additional time to fully prepare her defense in anticipation of trial. The Government assents to the proposed continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from February 15, 2011 to April 19, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and

the defendant in a speedy trial.  The defendant shall file a waiver of speedy trial not later than February 3, 2011.

      Final Pretrial Conference:      April 13, 2011 at 2:30 PM

      Jury Selection:      April 19, 2011 at 9:30 AM

      SO ORDERED.

January 26, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal