UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                                        Case No. 10-cr-119-02 SM

Kathy Vazquez

O R D E R

The defendant Kathy Vazquez, through counsel, has moved to continue the trial scheduled for April 19, 2011 for a period of sixty days, citing the need for additional time to negotiate a non-trial disposition of the case, and a potential witness problem with the current trial date. The Government assents to the proposed continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from April 19, 2011 to June 21, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the

defendant in a speedy trial. The defendant shall file a waiver of speedy trial not later than April 25, 2011.

      Final Pretrial Conference:      June 10, 2011 at 1:30 PM

      Jury Selection:      June 21, 2011 at 9:30 AM

      SO ORDERED.

April 14, 2011      _____
      Steven J. McAuliffe
      Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal