UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                      Case No. 10-cr-119-02 SM

<u>Kathy Vazquez</u>

<u>O R D E R</u>

     The defendant Kathy Vazquez, through counsel, has moved to continue the trial scheduled for June 21, 2011 for a period of thirty days, citing the need for additional time after the scheduled suppression hearing to reevaluate a non-trial disposition of this case, if necessary. The Government assents to the proposed continuance of the trial date.

     Accordingly, for the above reasons, the court will continue the trial from June 21, 2011 to July 19, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the

defendant in a speedy trial. The defendant shall file a waiver of speedy trial not later than June 6, 2011.

      Final Pretrial Conference:      July 6, 2011 at 1:30 PM

      Jury Selection:      July 19, 2011 at 9:30 AM

      SO ORDERED.

May 27, 2011

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal